IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD ANTHONY GALVAN,

    Plaintiff,

  v.

M. SOSA, et al.,

    Defendants.

NO. CIV 08-0930BHS

ORDER EXTENDING DEADLINE

This matter comes before the Court on Plaintiff's notice confirming address. Dkt. 15. Plaintiff maintains that he did not receive marshal forms or a copy of the notice of submission of documents.

The Clerk is directed to serve copies of these documents on Plaintiff. Because Plaintiff recently moved and claims to not have received these documents, the Court extends the deadline to submit to the Court the marshal forms, completed summons, notice of submission of documents, and copies of the complaint for each named defendant to October 2, 2009. *See* Dkt. 10 (February 5, 2009 order directing service).

DATED: this 17th day of August, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER