IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD ANTHONY GALVAN,<br><br>     Plaintiff,<br><br>   v.<br><br>M. SOSA, et al.,<br><br>     Defendants. | NO. CIV 08-0930BHS<br><br><br><br>ORDER DISMISSING CASE |

This matter comes before the Court sua sponte on review of the file. On September 13, 2011, the Court ordered Plaintiff Chad Anthony Galvan to show cause why the case should not be terminated no later than October 12, 2011. Dkt. 17. Galvan has failed to respond. Therefore, the Court dismisses this action for failure to prosecute and the Clerk shall close this case.

**IT IS SO ORDERED.**

DATED this 15th day of February, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER